# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| KATHY COLLINS, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO. 5:11-CV-66(MTT)<br>) |
| J.C. PENNEY CORPORATION, INC., | )<br>) |
| Defendant. | )<br>) |

## ORDER

The Court adopts the Scheduling Order entered by Judge Robert L. Vining, Jr. on December 14, 2010 and sets the deadlines:

1. The discovery period ends September 3, 2011;

2. Summary judgment and *Daubert* motions must be filed no later than September 23, 2011. Note the deadline for filing *Daubert* motions differs from the deadline established in Judge Vining's order.

3. Designation of Experts

    a. The Plaintiff must disclose the identity of any expert witness who may testify at trial on or before May 2, 2011;

    b. The Defendant must disclose any expert witnesses who may testify on or before June 1, 2011;

c. If the Plaintiff has not disclosed an expert but the Defendant has, the Plaintiff shall have 30 days from the date of the Defendant's disclosure to disclose a rebuttal expert.

d. The parties are reminded that a treating physician, depending on the subject matter of the physician's testimony, may be treated as an expert for purposes of disclosure of the physician's opinions and the admissibility of those opinions. See *Wilson v. TASER International, Inc.*, 303 Fed. Appx. 708 (11th Cir. 2008).

This 28th day of February, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT